United States District Court for the Central District of California

| | |
|---|---|
| FAMEFLYNET, INC. AND BWP MEDIA USA INC. D/B/A PACIFIC COAST NEWS, | ) Case No.: 2:16-cv-05404 ) ) ) |
| Plaintiff v. | ) ) ) |
| NICE KICKS, LLC, | ) ) ) ) |
| Defendant | ) |

## AFFIDAVIT OF SERVICE

I, Chris Dathe, hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over the age of eighteen (18) years and not a party to this action.

That on September 14, 2016 at 12:00 PM at 1019 Brazos, Room 105 Austin, TX 78701, deponent served two true copies of the Summons and Complaint, Exhibit, and the state statutory fee of $55 issued to the State of Texas. on Nice Kicks, LLC, therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to Texas Secretary of State. Michael Orta is the authorized agent who is legally able to accept the service documents listed above.

The description of the person actually served is as follows:

Gender: Male    Race/Skin: Hispanic    Hair: Black    Glasses: No    Age: 40    Height: 5'8"    Weight: 300

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Chris Dathe, SCH# 6008
WRIT LEGAL, LLC
P.O. Box 2249
Rockville, MD 20847
(888) 667-2038

9-16-16
Executed on:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-05404

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nice Kicks, LLC
was received by me on *(date)* 08/03/2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Texas Secretary of State c/o: Michael Orta , who is
designated by law to accept service of process on behalf of *(name of organization)* Nice Kicks, LLC
_____ on *(date)* 09/14/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/14/2016

_____
*Server's signature*

Chris Dathe, SCH# 6008, Certified Process Server
*Printed name and title*

WRIT LEGAL, LLC
P.O. BOX 2249
ROCKVILLE, MD 20847
*Server's address*

Additional information regarding attempted service, etc:
Documents served: Two true copies of the Summons and Complaint, Exhibit, State Statutory fee of $55

16-005987