**PROOF OF SERVICE**
**FameFlynet, Inc. and BWP Media USA Inc.**
**2:16-cv-05404-CBM-AJWx**

I, the undersigned, am over the age of eighteen years and am resident of Friendswood, Texas; I am not a party to the above-entitled action; My business address is 100 Pine St., Ste 1250 San Francisco, CA 94111.

On June 13, 2022 I served the following document(s):

- **REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION AND ORDER THEREON**
- **PROPOSED ORDER**

Addressed to:

Nice Kicks, LLC
1019 Brazos, Room 105
Austin, Texas 78701

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Friendswood, Texas.
☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐ BY OVERNIGHT EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box in Friendswood, Texas.
☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients Via ASAP Legal Services.
☐ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and or subsequently emailed to the above recipients.

Executed on June 13, 2022, from Friendswood, Texas.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Sarath Marcus_
Sarath Marcus

PROOF OF SERVICE