UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 16-5404-CBM (KSx)                                                          Date: September 7, 2022

Title  *FameFlynet, Inc. et al. v. Nice Kicks, LLC*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | CS- 09/07/2022 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Creditor: | Attorneys Present for Debtor: |
|---|---|
| Tehniat Zaman | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION**

   A Judgment Debtor Examination was scheduled for September 7, 2022, at 11:00 a.m. before Magistrate Judge Karen L. Stevenson.  Counsel for creditor, Tehniat Zaman, made her appearance. Matthew David Halfhill, representative for Judgment Debtor, failed to appear for the Judgment Debtor Examination.[1]

   Counsel for Creditor informed the Court that Mr. Halfhill currently resides in Texas. Further, the Proof of Service indicates that Nice Kick, LLC was served by mail in Austin, Texas with the Request to Continue  Judgment Debtor Examination to today's date. (*See* Dkt. No. 43.). Therefore, the Court requested that Judgement Creditor, within  fourteen days (14) of the date of this Order,  provide briefing, with supporting authorities, regarding the Court's jurisdiction to issue an Order to Show Cause and/or impose sanctions against judgment creditor for its failure to appear.

**IT IS SO ORDERED**.

|  | : 2 mins |
|---|---|
| **Initials of Preparer** | gr |

---

[1]   Judgment Debtor, Nice Kicks LLC, has not made any appearance in the action. (*See* Dkt No. 18 at p. 5.)